CRYSTA BROOKE BARNETTE, )
)
)
Plaintiff, )
)
v. ) 3:25-CV-340-KAC-JEM
)
LAKEWAY ACHIEVEMENT )
CENTER, et al.; )
)
Defendants. )

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND SETTING ASIDE DEFAULT

This case is before the Court on United States Magistrate Judge Jill E. McCook's "Report and Recommendation" (the "Report") [Doc. 21]. On July 16, 2025 Plaintiff Crysta Brooke Barnette filed a Complaint against Defendants Lakeway Achievement Center and Bonnie Guthrie under the Fair Labor Standards Act [Doc. 1]. After neither Defendant timely responded to the Complaint, [*see* Docs. 11, 12], the Clerk entered default against each Defendant on December 8, 2025, [*see* Docs. 13, 14].

On December 30, Defendants, now represented by counsel, filed a "Motion to Set Aside Entry of Default as to Both Defendants and to Allow the Defendants to Answer or Respond to the Complaint" [Doc. 16].[1] Plaintiff did not oppose the motion. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought").

The Report recommends that the Court grant Defendants' Motion to Set Aside Entry of Default, set aside the Clerk's entries of default, and accept Defendants' Answer as timely filed

---

[1] Defendants thereafter filed an Answer [Doc. 18].

[Doc. 21 at 5]. Plaintiff has not objected to the Report, and the deadline to do so has passed [*See id.* at 5 n. 1 (noting that the Parties have fourteen (14) days to file any objections to the Report)]. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 21] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court **GRANTS** Defendants' Motion to Set Aside Entry of Default [Doc. 16] and **SETS ASIDE** the Clerk's Entry of Default against Defendants [Docs. 13, 14]. The Court **EXTENDS** Defendants' deadline to respond to the Complaint and **ACCEPTS** Defendants' Answer [Doc. 18] as timely filed.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

2